COMMONWEALTH of Pennsylvania, Petitioner

v.

Dontez PERRIN, Respondent.

Supreme Court of Pennsylvania.

Oct. 2, 2014.

### ORDER

PER CURIAM.

AND NOW, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Castro,* —— Pa. ——, 93 A.3d 818, 2014 WL 2722742 (2014).